PENNSYLVANIA STEEL CO. v. METROPOLITAN ST. RY. CO.

(Circuit Court, S. D. New York. May 22, 1909.)

STREET RAILROADS (§ 57*)—LEASES—LIABILITY OF LESSOR FOR PROPERTY PURCHASED BY LESSEE.

Evidence *held* not to render the lessor of a street railroad liable for the purchase price of property sold to the lessee.

[Ed. Note.—For other cases, see Street Railroads, Dec. Dig. § 57.*]

In Equity. On exceptions to master's report.

C. G. Galston, for the exceptions.
Wm. M. Chadbourne, for receivers of Metropolitan St. Ry. Co.
Dexter, Osborn & Fleming, for receiver of New York City Ry. Co.

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes

LACOMBE, Circuit Judge. I concur 'with the special master in the conclusion that the claimant sold its cables to the New York City Railway Company, the lessee, and by such sale and delivery according to directions became a creditor of that company only, and that there is not sufficient evidence to warrant a finding that in these transactions the New York City Railway Company was an agent, purchasing on behalf of the Metropolitan Street Railway Company as its principal. The lease, which was not put in evidence before the special master, but which both sides submitted here quite clearly, indicates the relations between the companies. Its complicated provisions as to betterments may suggest some reason for the classification "Metropolitan Street Railway Construction Account" indicated by the three orders.

In reaching this conclusion it is not intended to express any opinion upon the question whether any equities in the property, corpus or income, now in the hands of receivers, arise in favor of the claimant by reason of the circumstance that the. lessee and subsequently the receivers used these same cables in the operation of the lessor's property.